# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

(__ Amended _____)

| | | |
|---|---|---|
| Case No.    CR 19-329-GW | | Date    January 20, 2022 |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | Matthew W. O'Brien |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| Defendant | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|
| 1. Byungsu Kim | Jeremy I. Lessem | ✔ | | | Annie Lee - KOREAN |

**PROCEEDINGS:**    SENTENCING AND JUDGMENT

____ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.    ✔ Refer to separate Judgment Order.
____ Imprisonment for __years/months__ on each of counts _____
   Count(s) _____ concurrent/consecutive to count(s) _____
   Fine of $_____ is imposed on each of count(s) concurrent/consecutive.
____ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
____ Confined in jail-type institution for _____ to be served on consecutive days/weekends
   commencing _____
____ years/months Supervised Release/Probation imposed on count(s) _____
   consecutive/concurrent to count(s) _____
   under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
   ____ Perform _____ hours of community service.
   ____ Serve _____ in a CCC/CTC.
   ____ Pay $_____ fine amounts & times determined by P/O.
   ____ Make $_____ restitution in amounts & times determined by P/O.
   ____ Participate in a program for treatment of narcotic/alcohol addiction.
   ____ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of BICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
   ____ Other conditions: _____
____ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
____ Pay $_____ per count, special assessment to the United States for a total of $_____
____ Imprisonment for __months/years__ and for a study pursuant to 18 USC _____ with results to be furnished to the Court within __days/months__ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____
____ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
____ Defendant informed of right to appeal.
____ ORDER sentencing transcript for Sentencing Commission.    ____ Processed statement of reasons.
____ Bond exonerated _____ upon surrender    ____ upon service of _____
____ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
____ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
____ Issued Release _____
____ Present bond to continue as bond on appeal.    ____ Appeal bond set at $_____
✔ Hearing is held by video teleconference. Defendant's CARES Act waiver is placed on the record.

                                                                _____ : __35__
                                          Initials of Deputy Clerk   JG

cc: